UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

WAYNE BAILEY, INC.

CASE NO. 18-00284-5-SWH
CHAPTER 11

DEBTOR.

---

| JOHN C. BIRCHER, III, PLAN TRUSTEE FOR WAYNE BAILEY, INC. and WAYNE BAILEY, INC., *Plaintiffs*, vs. GREAM TRUCKING, INC., *Defendant*. | ADV. PRO. NO. 19-00056-5-SWH |
|---|---|

## AFFIDAVIT OF SERVICE

The undersigned, JOSEPH Z. FROST, being duly sworn, deposes and says:

1. He is an attorney with Stubbs & Perdue, P.A., whose address is 9208 Falls of Neuse Road, Suite 201, Raleigh, North Carolina, and is counsel of record for Plaintiffs JOHN C. BIRCHER, III, PLAN TRUSTEE FOR WAYNE BAILEY, INC. and WAYNE BAILEY, INC. (collectively, "Plaintiffs"), in the above-captioned adversary proceeding.

2. Plaintiffs, on April 22, 2019, filed a Complaint [D.E. 1] against GREAM TRUCKING, INC. ("Defendant") and on the same date the United States Bankruptcy Court for the Eastern District of North Carolina (the "Bankruptcy Court") issued a Summons in an Adversary Proceeding [D.E. 2] (the "Summons").

3. On April 22, 2019, a copy of the Summons, along with a file-stamped copy of the Complaint, were deposited in an envelope and entrusted to Federal Express, for overnight mailing properly addressed as follows:

Gream Trucking, Inc.
Attn: Anthony Barone, Registered Agent
944 South Roberts Road, Suite 204
Palos Hills, Illinois 60465

*FedEx Tracking No. 7750 2867 6023*

4. The aforesaid envelope, containing the Summons and a file-stamped copy of the Complaint was, in fact, received by Defendant on April 25, 2019, as evidenced by the FedEx Proof of Delivery, a copy of which is attached hereto, and incorporated herein by reference.

Executed this, the 30th day of April, 2019.

JOSEPH Z. FROST, NCSB No. 44387
jfrost@stubbsperdue.com

STUBBS & PERDUE, P.A.
9208 Falls of Neuse Road, Suite 201
Raleigh, North Carolina 27615
T: (919) 870-6258
F: (919) 870-6259

Sworn to and scribed before me this, the
30th day of April, 2019.

Notary Public for the State of North Carolina

Printed Name: Catherine P. Landis

My Commission Expires: 4/4/23

STAMP/SEAL



April 30, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **775028676023**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | S.LYNN | **Delivery location:** | 9944 S ROBERTS RD<br>PALOS HILLS, IL 60465 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Apr 25, 2019 13:25 |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 775028676023 | **Ship date:** | Apr 22, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
co Anthony Barone, Registered Agent
Gream Trucking, Inc.
9944 S ROBERTS RD
STE 204
PALOS HILLS, IL 60465 US
**Reference**

**Shipper:**
Stubbs Perdue PA
9208 Falls of Neuse Road
Suite 201
RALEIGH, NC 27615 US

Wayne Bailey .01

Thank you for choosing FedEx.