**SO ORDERED.**

**SIGNED this 14 day of June, 2019.**



_____
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WILMINGTON DIVISION

IN RE:

WAYNE BAILEY, INC.

                        CASE NO. 18-00284-5-SWH
                        CHAPTER 11

DEBTOR.

| JOHN C. BIRCHER, III, PLAN TRUSTEE FOR WAYNE BAILEY, INC. and WAYNE BAILEY, INC., <br><br> *Plaintiffs*, <br><br> vs. <br><br> GREAM TRUCKING, INC., <br><br> *Defendant*. | ADV. PRO. NO. 19-00056-5-SWH |
|---|---|

## SECOND STIPULATED ORDER OF EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

THIS MATTER, coming before the Court upon the request by Defendant Gream Trucking, Inc. ("Defendant") for a second extension of time to file its response to the Complaint, to which Plaintiffs JOHN C. BIRCHER, III, PLAN TRUSTEE FOR WAYNE BAILEY, INC. and WAYNE BAILEY, INC. ("Plaintiffs"), have no opposition.

Accordingly, IT IS HEREBY STIPULATED, AGREED, and ORDERED, by and among counsel for Defendant and Plaintiffs, that the deadline within which Defendant is required to respond the Complaint [D.E. 1] filed in the above-captioned matter is extended through and including **June 26, 2019**.

**STIPULATED AND AGREED TO BY:**

| **FRIEDMAN MAGUIRE & CAREY, P.C.** | **STUBBS & PERDUE, P.A.** |
|---|---|
| BY: s/Michelle L. Carey | BY: s/Joseph Z. Frost |
| MICHELLE L. CAREY<br>mcarey@fmpclaw.com<br>150 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606<br>T: (312) 982-7464 | JOSEPH Z. FROST (NCSB No. 44387)<br>jfrost@stubbsperdue.com<br>9208 Falls of Neuse Road, Suite 201<br>Raleigh, North Carolina 27615<br>T: (919) 870-6258<br>F: (919) 870-6259 |
| Counsel for Defendant | Counsel for Plaintiff John C. Bircher, III, Plan Trustee for Wayne Bailey, Inc. and Plaintiff Wayne Bailey, Inc. |

**END OF DOCUMENT**